# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE VALENTINE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　Respondents. | Case No. 3:19-cv-00164-RCJ-WGC<br><br>**ORDER** |

On December 13, 2019, respondents filed a motion for enlargement of time (ECF No. 17). On January 2, 2020, respondents filed with the court a notification that the copy of the motion that they had served upon petitioner was returned in the mail with the notation that petitioner was not known at that address (ECF No. 18, 19). The address to which respondents sent the copy of the motion is the same as the address in the court's record. The court dismisses this action because petitioner has not informed the court of his current address. See Local Rule IA 3-1.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that respondents motion for enlargement of time (ECF No. 17) is **DENIED** as moot.

IT FURTHER IS ORDERED that this action is **DISMISSED** without prejudice because of petitioner's failure to notify the court of his change in address. The clerk of the court shall enter judgment accordingly and close this action.

IT FURTHER IS ORDERED a certificate of appealability will not issue.

DATED: January 23, 2020.

_____
ROBERT C. JONES
United States District Judge